# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CR-19-387-PRW |
| CHRISTINA ROCHELLE ANGLIN, | ) ) ) |
| Defendant. | ) |

## ORDER

Before this Court is Defendant Christina Rochelle Anglin's Motion for Leave to File Under Seal and *Ex Parte* Application to Issue Subpoena (Dkt. 18). In the motion, Defendant states that she "files this Motion for Leave to File Under Seal and *Ex Parte* Application to Issue Subpoena" because "matters of sensitive nature are discussed therein." This does not provide the Court with enough information to determine whether the request to seal should be granted, so it is accordingly **DENIED**.

**IT IS SO ORDERED this 2nd day of March, 2020.**

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE